## THE CITY OF NEW ORLEANS v. CHARLES ODIER & Co. et als.

Where the record shows that there was no answer or judgment by default against one of the sureties,
and is otherwise defective, the case will be remanded for further proceedings.

APPEAL from the Third District Court of N. Orleans, *Duvigneaud, J.
J. J. Michel,* for plaintiff and appellant. *Benjamin, Bradford &
Finney,* for defendants.

MERRICK, C. J. This suit is against Charles Odier & Co. and their
sureties on account of an alleged breach of covenants of their lease of
certain wharves of this city.

On looking into the record, the case does not appear to have been put
at issue, as we perceive, either by answer or judgment by default as to
one of the sureties. Neither has the ordinance of the city, made a part of
the contract, and referred to by counsel on both sides, been copied into
the record.

Under the circumstances, we think that justice requires that the case
should be remanded.

It is therefore ordered, adjudged and decreed by the Court, that the
judgment of the lower Court be avoided and reversed, and that this case
be remanded for further proceedings and a new trial, and that the de-
fendants pay the costs of the appeal.

VOORHIES, J., absent.